**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>Richard D. Bennett<br>United States District Judge<br>Northern Division | U.S.Courthouse - Chambers 5D<br>101 W. Lombard Street<br>Baltimore, MD 21201<br>Tel:  410-962-3190<br>Fax: 410-962-3177 |

January 16, 2025

TO COUNSEL OF RECORD

    RE:   *USA v. Joseph A. Gillespie*
              Criminal No. RDB-23-0321

Dear Counsel:

    This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

    **Sentencing:**        February 20, 2025  at 2:30 p.m.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                                Sincerely,

                                                /s/

                                                Richard D. Bennett
                                                United States District Judge

RDB/klf#